Case No. 25-20543

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

MARANDA LYNN ODONNELL, *et. al.*,

Plaintiffs - Appellees,

v.

HARRIS COUNTY, TEXAS, *et. al.,*

Defendants – Appellees,

v.

KEN PAXTON, ATTORNEY GENERAL, STATE OF TEXAS

Intervenor Defendant - Appellant

On Appeal from the United States District Court for the Southern District of Texas,
USDC No. 4:16-CV-1414

**INTERVENOR DEFENDANT-APPELLANT'S UNOPPOSED MOTION
FOR VOLUNTARY DISMISSAL WITHOUT COSTS**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

JOE NWAOKORO
Texas Bar No. 24032916
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:   512-463-2120
Facsimile:    512-320-0667
joe.nwaokoro@oag.texas.gov

ATTORNEYS FOR
INTERVENOR DEFENDANT-
APPELLANT

# INTERVENOR DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT COSTS

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedures, Intervenor and Appellant, Ken Paxton, Attorney General of Texas, hereby moves the Court for voluntary dismissal without costs.

The parties conferred regarding the motion and counsel of record for Appellees stated that they do not oppose it. *See* Ex. A.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Texas Bar No. 24032916
Assistant Attorney General
General Litigation Division

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4072
Fax: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

COUNSEL FOR KEN PAXTON,
ATTORNEY GENERAL OF TEXAS

### CERTIFICATE OF CONFERENCE

I certify that on December 9, 2025, I conferred by email with counsel of record for all Appellees and they stated that they do not oppose the Motion.

*/s/ Joe Nwaokoro*
JOE NWAOKORO
Assistant Attorney General

### CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with the word count and typeface requirements set forth in Federal Rule of Appellate Procedure 27. The Motion contains 51 words and is prepared in Garamond font, 14-point type

*/s/ Joe Nwaokoro*
JOE NWAOKORO
Assistant Attorney General

### CERTIFICATE OF SERVICE

I certify that on December 11, 2025, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Joe Nwaokoro*
JOE NWAOKORO
Assistant Attorney General