# EXHIBIT A

**Joe Nwaokoro**

| | |
|---|---|
| **From:** | Allan Van Fleet <allanvanfleet@gmail.com> |
| **Sent:** | Wednesday, December 10, 2025 9:03 PM |
| **To:** | Cody Cutting |
| **Cc:** | Murray Fogler; Jonathan Fombonne; Joe Nwaokoro; travis; Neal Manne; Elizabeth Rossi; Seth Hopkins; Angela Olalde; jrusso@greerherz.com; Mary Sifuentes |
| **Subject:** | Re: ODonnell v. Harris County |

12 Judges do not oppose.

Allan Van Fleet
713.826.1954

> On Dec 9, 2025, at 4:14 PM, Cody Cutting <cody@civilrightscorps.org> wrote:
>
> Plaintiffs are unopposed.
>
> On Tue, Dec 9, 2025 at 3:34 PM Murray Fogler <mfogler@foglerlaw.com> wrote:
>
>> Sheriff is unopposed, too.
>>
>> **From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
>> **Sent:** Tuesday, December 9, 2025 2:34 PM
>> **To:** Joe Nwaokoro <Joe.Nwaokoro@oag.texas.gov>; cody@civilrightscorps.org; travis <travis@texascivilrightsproject.org>; Neal Manne <NMANNE@susmangodfrey.com>; Elizabeth Rossi <elizabeth@civilrightscorps.org>; Allan Van Fleet <allanvanfleet@gmail.com>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Murray Fogler <mfogler@foglerlaw.com>; Angela Olalde <aolalde@greerherz.com>; JRusso@greerherz.com
>> **Cc:** Mary Sifuentes <Mary.Sifuentes@oag.texas.gov>
>> **Subject:** RE: ODonnell v. Harris County
>>
>> Harris County is unopposed.
>>
>> <image003.png>
>> **Jonathan G. C. Fombonne**
>> Deputy County Attorney & First Assistant
>>
>> E: jonathan.fombonne@harriscountytx.gov

1

P: 713.274.5102

C: 346.354.7475

**Office of the Harris County Attorney**

**Christian D. Menefee**

1019 Congress, 15th Floor

Houston, Texas 77002

cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Joe Nwaokoro <Joe.Nwaokoro@oag.texas.gov>
**Sent:** Tuesday, December 9, 2025 2:33 PM
**To:** cody@civilrightscorps.org; travis <travis@texascivilrightsproject.org>; Neal Manne <NMANNE@susmangodfrey.com>; Elizabeth Rossi <elizabeth@civilrightscorps.org>; Allan Van Fleet <allanvanfleet@gmail.com>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Murray Fogler <mfogler@foglerlaw.com>; Angela Olalde <aolalde@greerherz.com>; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; JRusso@greerherz.com
**Cc:** Mary Sifuentes <Mary.Sifuentes@oag.texas.gov>
**Subject:** ODonnell v. Harris County

Good afternoon, All:

We have decided not to pursue the appeal and will be filing a motion to dismiss without cost pursuant to FRAP 42(b).  We'd like to say that the motion is unopposed.  Please let me know soonest if you are opposed.

Thanks,

Joe

Best regards,

Joe Nwaokoro

Attorney| General Litigation Division|P.O. Box 12548, Austin, Texas 78711-2548 | Phone: 512.979.5382|Fax: 512.477.2348 |Email: joe.nwaokoro@oag.texas.gov

**<u>PRIVILEGED AND CONFIDENTIAL</u>**:  This communication may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General.